Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/2021

UNITED STATES OF AMERICA

v.                                Docket No. 10 CR 197-11 (CM)

Jorge Centeno

On January 29, 2018, the above-named individual was placed on Supervised Release for a period of five (5) years. He has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that Jorge Centeno be discharged from Supervised Release.

Respectfully submitted,

by _____
Marcela L. Bravo
U.S. Probation Officer Specialist

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this __25__ day of __March__, 20__21__.

_____
Honorable Colleen McMahon
Chief U.S. District Judge